JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EP&A ENVIROTAC, INC. a California corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>GREAT AMERICAN E&S INSURANCE COMPANY, an Ohio corporation, and DOES 1-10,<br><br>        Defendants. | Case No. 5:21-cv-00145-JWH-SHKx<br><br>**JUDGMENT** |

Pursuant to the Order filed concurrently herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Fictitiously named Defendants Does 1-10 are **DISMISSED**.

3. Defendant Great American E&S Insurance Company shall have **JUDGMENT** in its favor, and against Plaintiff EP&A Envirotac, Inc.  Plaintiff shall take nothing by way of its complaint.  This action is **DISMISSED**.

4. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 27, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE